DENNIS J. HERRERA, State Bar #139669
City Attorney
JOANNE HOEPER, State Bar #114961
Chief Trial Attorney
ROBERT A. BONTA State Bar #202668
Deputy City Attorney
Fox Plaza
1390 Market Street, 6th
San Francisco, California 94102-5408
Telephone:    (415) 554-4268
Facsimile:    (415) 554-3837
E-Mail:       ROBERT.BONTA@sfgov.org

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

Charles Geerhart (SBN 139769)
PAOLI & GEERHART, LLP
785 Market St. Suite 1150
San Francisco, CA 94103
(415) 498-2101

Attorneys for Plaintiff
Julia Rivera

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(OAKLAND DIVISION)

| | |
|---|---|
| JULIA RIVERA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO; MATTHEW FRIEDMAN, individually and in his capacity as a police officer; AND DOES 1-30, INCLUSIVE,<br><br>　　　　Defendants. | Case No. C 09-3822 PJH<br><br>**STIPULATION FOR ORDER CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>Date Action Filed:    8/20/09<br>Trial Date:           None Set |

This case has recently been reassigned to the Hon Phyllis Hamilton. The Court recently scheduled a Case Management Conference for 12/3/09. Plaintiff's counsel will be in trial that day. The next Thursday that both counsel are available is January 7, 2010. Accordingly Plaintiff JULIA RIVERA ("Plaintiff") and defendant the City and County of San Francisco ("Defendant") respectfully request the Court to continue the CMC and stipulate to an order continuing the CMC to January 7, 2010, at 2:00 p.m.

Dated: November 5, 2009

PAOLI & GEERHART, LLP

**I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.**

By: __/s/_____
CHARLES GEERHART

Attorney for Plaintiff Julia Rivera

Dated: November 5, 2009

DENNIS J. HERRERA
City Attorney
JOANNE M. HOEPER
Chief Trial Attorney
ROBERT BONTA
Deputy City Attorney

By:
__/s/_____
ROBERT BONTA
Deputy City Attorney
Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

STIPULATION FOR ORDER CONTINUING CASE MANAGEMENT CONFERENCE
C 09-3822 PJH

2

\\XPSERVER\SHARED\FILES\RIVERA\STIPCMC.DOC

ORDER CONTINUING CASE MANAGEMENT CONFERENCE

The Court has reviewed the Parties' stipulated request to continue the Case Management Conference presently set for December 3. Good cause appearing, the Court approves the request and orders the CMC continued to January 7, 2010, at 2:00 p.m. in Courtroom 3, 3rd Floor.

IT IS SO ORDERED.

Date: 11/12/09

Hon. Phyllis J. Hamilton
Judge of the U.S. District Court