UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JULIA RIVERA,

        Plaintiff(s),

    v.

CITY AND COUNTY OF
SAN FRANCISCO, et al.,

        Defendant(s).
_____/

No. C 09-3822 PJH

**ORDER OF REFERENCE
TO MAGISTRATE JUDGE**

    Pursuant to Local Rule 72-1, this matter is referred to a Magistrate Judge for resolution of Plaintiff's Motion to Compel, and for all further discovery. Any date for hearing noticed on the undersigned's calendar is VACATED.

    The parties shall contact the courtroom clerk of the assigned magistrate judge about that judge's procedures for resolving discovery disputes. The information may also be available on the court's website.

    IT IS SO ORDERED.

Dated: July 26, 2010

_____
PHYLLIS J. HAMILTON
United States District Judge

cc: Sue, Assigned M/J, counsel of record