UNITED STATES DISTRICT COURT

Northern District of California

Oakland Division

| | |
|---|---|
| JULIA RIVERA, | No. C 09-03822 PJH (LB) |
| Plaintiff, | **NOTICE OF REFERRAL AND HEARING DATE** |
| v. | |
| CITY AND COUNTY OF SAN FRANCISCO *et al*., | |
| Defendants. | |

TO ALL PARTIES AND COUNSEL OF RECORD:

The district court has referred Plaintiff's Motion to Compel, electronically filed on July 21, 2010, which is a discovery matter, to United States Magistrate Judge Laurel Beeler. The motion was noticed for September 1, 2010.

The Court **VACATES** the current hearing date and directs the parties to comply with the procedures for addressing discovery disputes set forth in Judge Beeler's standing order (attached). Those procedures require, among other things, that if a meet-and-confer by other means does not resolve the parties' dispute, lead counsel for the parties must meet and confer **in person**. If that procedure does not resolve the disagreement, the parties must file a joint letter instead of a formal motion. After reviewing the joint letter, the Court evaluates whether further proceedings are necessary, including any further briefing or argument.

IT IS THEREFORE ORDERED that the parties shall meet and confer as required by the

NOTICE OF REFERRAL AND HEARING DATE
C 09-03822 PJH (LB)

standing order and file the joint letter required by the order no later than August 16, 2010.  No further formal briefs shall be filed unless specifically requested by the Court.  After reviewing the joint letter, the Court will evaluate whether further proceedings are necessary, including any further briefing or argument.

**IT IS SO ORDERED.**

Dated: August 2, 2010

_____
LAUREL BEELER
United States Magistrate Judge

UNITED STATES DISTRICT COURT
For the Northern District of California