DENNIS J. HERRERA, State Bar #139669
City Attorney
JOANNE HOEPER, State Bar #114961
Chief Trial Deputy
ROBERT A. BONTA, State Bar #202668
Deputy City Attorney
Fox Plaza
1390 Market Street, Sixth Floor
San Francisco, California 94102-5408
Telephone:    (415) 554-4268
Facsimile:     (415) 554-3837
E-Mail:         robert.bonta@sfgov.org

Attorneys for Defendants
CITY & COUNTY OF SAN FRANCISCO
AND MATTHEW FRIEDMAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIA RIVERA,<br><br>    Plaintiff,<br><br>    vs.<br><br>CITY & COUNTY OF SAN FRANCISCO and MATTHEW FRIEDMAN<br><br>    Defendants. | Case No. 09-CV-03822-PJH<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND THE TIME FOR EXPERT DISCLOSURES**<br><br>Trial Date:         July 11, 2011 |

Pursuant to Federal Rule of Civil Procedure 16(b) the parties have met and conferred and agree that expert disclosures in this matter shall conform to the terms of this ORDER.

GOOD CAUSE APPEARING, the parties stipulate, through their attorneys of record, to the entry of an order as follows:

1.    Due to the need to fully explore the potential for settlement, the cut-off for expert disclosures shall be extended by two weeks to February 2, 2011 from January 19, 2011.

2. The deadline for expert witness discovery, including depositions of experts, shall remain the same at February 25, 2011.

This modest continuance for expert disclosures shall not affect the trial date in this matter, currently set for July 11, 2011, or any other deadlines set by the Court's January 19, 2010 Case Management and Pretrial Order.

IT IS SO STIPULATED.

Dated: January 13, 2011

        DENNIS J. HERRERA
        City Attorney
        JOANNE HOEPER
        Chief Trial Deputy
        ROBERT A. BONTA
        Deputy City Attorney

By: */s/ Rob Bonta*
    ROB BONTA

Attorneys for Defendants
CITY & COUNTY OF SAN FRANCISCO
AND MATTHEW FRIEDMAN

Dated: January 13, 2011

        PAOLI & GEERHART, LLP

By: */s/ Charles Geerhart*

    CHARLES GEERHART
    Attorney for Plaintiff
    JULIA RIVERA

1   [~~PROPOSED~~] ORDER

2   For Good Cause, the Court modifies the following discovery deadline:

3   Disclosure of Experts (retained and non-retained):  February 2, 2011

4   IT IS SO ORDERED.

6   Dated:  1/19/11

7   By: 
8   HON. PHYLLIS J. HAMILTON
    United States District Judge

**STIP RE EXPERT DISCLOSURES**
**USDC CASE NO.: 09-CV-03822-PJH**

3

n:\lit\li2009\100213\00674035.doc