UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JULIA RIVERA,

        Plaintiff(s),                      No. C 09-3822 PJH

  v.                                    **ORDER OF DISMISSAL**

CITY AND COUNTY OF SAN FRANCISCO, et al.,

        Defendant(s).
_____/

    The parties hereto, by their counsel, having advised the court in their Notice of Settlement, that they have agreed to a settlement of this cause, IT IS HEREBY ORDERED that this cause of action is dismissed **without** prejudice; provided, however that if any party hereto shall certify to this court, within one hundred twenty (120) days, with proof of service thereof, that the agreed consideration for said settlement has not been delivered over, the foregoing order shall stand vacated and this cause shall forthwith be restored to the calendar to be set for trial.

    If no certification is filed, after passage of one hundred twenty (120) days, the dismissal shall be **with** prejudice.

    The pretrial and trials dates are hereby VACATED.

    IT IS SO ORDERED.

Dated: February 28, 2011

                                              PHYLLIS J. HAMILTON
                                              United States District Judge